**UNITED STATES of America and the Crow Tribe, Appellants,**

v.

**STATE OF MONTANA, et al., Appellees.**

Nos. 78–2865, 78–2917.

United States Court of Appeals,
Ninth Circuit.

June 10, 1981.

Before SNEED and ANDERSON, Circuit Judges, and WILLIAMS,* District Judge.

ORDER

In accordance with *Montana v. United States,* 450 U.S. 544, 101 S.Ct. 1245, 67 L.Ed.2d 493 (1981), this case is remanded to the district court for further proceedings in accordance with that opinion.

The Supreme Court did not address itself to several specific holdings of this court set forth in *United States v. Montana,* 604 F.2d 1162 (9th Cir. 1979). These holdings remain the law of this circuit. *See White Mountain Apache Tribe v. State of Arizona,* 649 F.2d 1274, 1281 (9th Cir. 1981) (revised opinion.)

**PEOPLE of the TERRITORY of GUAM, Plaintiff-Appellant,**

v.

**Concepcion OKADA, Defendant-Appellee.**

No. 80–1233.

United States Court of Appeals,
Ninth Circuit.

July 15, 1981.

Before SKOPIL, FLETCHER and PREGERSON, Circuit Judges.

---

* Honorable David W. Williams, United States District Judge for the Central District of California, sitting by designation.

The opinion in this case filed April 9, 1981, 642 F.2d 287, is hereby withdrawn in light of *Arizona v. Manypenny,* —— U.S. ——, 101 S.Ct. 1657, 68 L.Ed.2d 58 (1981).

A new opinion will issue.